IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 99-14-E-1 |
| | ) | |
| CESAR RUIZ, JR | ) | |

The above named defendant satisfied the judgment of FEBRUARY 28, 2000 by paying on MAY 24, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  6-2-06
Deputy Clerk                              Date